## IN THE MATTER OF THE ESTATE OF ALICE HOLI, DECEASED.

### No. 4557.

January 5, 1967.

RICHARDSON, C.J., CASSIDY, WIRTZ, LEWIS, AND MIZUHA, JJ.

*Per Curiam.* The points presented by the petition for rehearing were considered fully prior to rendition of the opinion, and the petition is denied without argument.

*Murray Estes* and *Robert G. Hogan* (*Hogan, Howell & Rother* of counsel) for the petition.